United States District Court
Southern District of Texas
**ENTERED**
October 06, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

MARIA GALLAGHER, Individually,

    Plaintiff,

vs.                            Case No. : 7:20-cv-00185

TRI WANIS VENTURES, LLC, a
Texas Limited Liability Company,

    Defendant.

_____/

### ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the Stipulation for Dismissal with Prejudice.

The Court having carefully reviewed said Stipulation and after due consideration, it is

ORDERED AND ADJUDGED as follows:

1.    The Stipulation For Dismissal With Prejudice filed herein by the Plaintiffs, and

the Defendant, be and the same is hereby approved;

2.    The above-styled cause be and the same is hereby **DISMISSED** with

    prejudice;and

3.    To the extent not otherwise disposed of herein, all pending Motions are hereby

**DENIED** as moot.

DONE ~~AND ORDERED in Chambers at~~ _____, _____, this 2ND day

of _October_, 2020 _at McAllen, Texas._

_____
UNITED STATES DISTRICT JUDGE

Cc: Counsel of record